IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LEE CONLEY, JR.** **PLAINTIFF**

v. No. 3:21-cv-00198-NBB-DAS

**KENNETH WORTHAM,** **DEFENDANT**
*Lafayette County Sheriff*

### ORDER REQUIRING PLAINTIFF TO SUBMIT AMENDED COMPLAINT USING THE ENCLOSED STANDARD FORM WITHIN 21 DAYS

Lee Conley, Jr. has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 3rd day of September, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**