IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LEE CONLEY, JR.** **PLAINTIFF**

v. No. 3:21CV198-DAS

**LAFAYETTE COUNTY SHERIFF**
**KENNETH WORTHAM, ET AL.** **DEFENDANT**

**ORDER DENYING PLAINTIFF'S**
**MOTION [4] FOR DISCOVERY**

The plaintiff has filed a motion [4] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Lafayette County Detention Center in Oxford, Mississippi. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order, which has not yet issued. As such, he is not entitled to conduct discovery at this time, and the motion [4] is **DENIED**.

**SO ORDERED**, this, the 16th day of September, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE